To: Court Of Appeals

From:

Maryann Castro

Pro Se-Appellant

1501 Olive

Jourdanton Texas

Court Of Appeals Number-04-14-00785

Trial Court Case Number-2011-CI-15957

Honorable Judge LittleJohn



### Notice of Motion forEmergency Maintence Support

Here comes Appellant Maryann Castro asking for the court to grant her Emergency Maintence Support, due to disabled spouse in the thirty year marriage and the Fraud over value Community using a Comparative Market Analysis-Opinion of Realtor it states not to be used as an Appraisal and it was, Mistake Of Counsel. Appellant Maryann Castro has a Certified Appraisal showing value of $ 220,000.

Attorney Joseph Appelt, Appellee Manuel Castro, Non-Spouse mistress Christina Pacheco, Appellee sister Leila Silva took part in fraud over value Community .Appellee Manuel Castro hid from the Court on Oct 30,2013 Mortgage was not and has not been getting paid when the Agreement or Final Divorce was signed on 10/30/2013 And Appellee Manuel Castro was in Active Bankruptcy.

Appellant Maryann Castro is praying the Court to award her Emergency Maintence Support until Appeals Court can apply Justice on case.

Maintence support emergency is needed for Appellant Maryann Castro is disabled and showed the court her social security 866.00 disability.

Appellant Maryann Castro Prays for the Court to award her, Emergency Maintence Support, the mortgage is 1600 Appellant Maryann Castro has shown cause. See copy

Community 1501 Olive was not being paid and was in foreclosure, Jan 6,2015, Appellant Maryann Castro has secured the martial property BSI Mortgage is $1600,Appellee Manuel Castro owes a balance. See copy of BSI, TeXAS FAmily Code Sec.8,052

Actual Fraud cases Attached.

Respectfully

Maryann Castro Pro Se

Maryann Castro
2/16/15

Appellant

1501 Olive

Jourdanton Texas 78026

PACATTITUDE2014@GMAIL.COM

8304960133

Date 2/9/15

Financial
Services
...klin Street, 2nd Floor
...x 517
...sville, PA 16354
1-800-327-7861
www.bsifinancial.com

**Annual Escrow Account
Disclosure Statement**

ACCOUNT NUMBER: 0000044675

DATE: 01/28/15

MANUEL G CASTRO JR
MARY ANN CASTRO
1501 OLIVE STREET
JOURDANTON, TX 78026

PROPERTY ADDRESS

1501 OLIVE STREET
JOURDANTON, TX 78026

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 03/01/2015 THROUGH 02/29/2016.

#### -------- ANTICIPATED PAYMENTS FROM ESCROW 03/01/2015 TO 02/29/2016 ----------

| | |
|---|---|
| COUNTY TAX | |
| TOTAL PAYMENTS FROM ESCROW | $787.42 |
| MONTHLY PAYMENT TO ESCROW | $787.42 |
| | $65.61 |

#### ------ ANTICIPATED ESCROW ACTIVITY 03/01/2015 TO 02/29/2016 ---------

| MONTH | ANTICIPATED PAYMENTS TO ESCROW | FROM ESCROW | DESCRIPTION | ESCROW BALANCE COMPARISON ANTICIPATED | REQUIRED |
|---|---|---|---|---|---|
| | | | STARTING BALANCE --> | $14,121.35 | $196.93 |
| MAR | $65.61 | | | $14,186.96 | $262.54 |
| APR | $65.61 | | | $14,252.57 | $328.15 |
| MAY | $65.61 | | | $14,318.18 | $393.76 |
| JUN | $65.61 | | | $14,383.79 | $459.37 |
| JUL | $65.61 | | | $14,449.40 | $524.98 |
| AUG | $65.61 | | | $14,515.01 | $590.59 |
| SEP | $65.61 | | | $14,580.62 | $656.20 |
| OCT | $65.61 | | | $14,646.23 | $721.81 |
| NOV | $65.61 | | | $14,711.84 | $787.42 |
| DEC | $65.61 | | | $14,777.45 | $853.03 |
| JAN | $65.61 | $787.42 COUNTY TAX | | L1->$14,055.64   L2-> | $131.22 |
| FEB | $65.61 | | | $14,121.25 | $196.83 |

#### --------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ---------

IF THE ANTICIPATED LOW POINT BALANCE (L1) IS GREATER THAN THE REQUIRED BALANCE (L2), THEN YOU HAVE AN ESCROW SURPLUS. **YOUR ESCROW SURPLUS IS $13,924.42.**

#### CALCULATION OF YOUR NEW PAYMENT

| | |
|---|---|
| PRIN & INTEREST | $1,562.06 |
| ESCROW PAYMENT | $65.61 |
| **NEW PAYMENT EFFECTIVE 03/01/2015** | **$1,627.67** |

YOUR ESCROW CUSHION FOR THIS CYCLE IS $131.22.

********** Continued on reverse side ************



********** Continued from front **********

| ACCOUNT HISTORY |
| --- |

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING 03/01/2014 AND ENDING 02/28/2015. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATION ONLY AND REQUIRES NO ACTION ON YOUR PART.

YOUR PAYMENT BREAKDOWN AS OF 03/01/2014 IS:

| | |
| --- | --- |
| PRIN & INTEREST | $1,562.06 |
| ESCROW PAYMENT | $310.35 |
| SHORTAGE PYMT | $575.63 |
| BORROWER PAYMENT | $2,448.04 |

| MONTH | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | DESCRIPTION | ESCROW BALANCE | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | | PRIOR PROJECTED | | ACTUAL |
| | | | | | STARTING BALANCE | $1,862.21 | | $1,849.73- |
| MAR | $310.35 | $0.00 * | | | | $2,172.56 | A-> | $1,849.73- |
| APR | $310.35 | $170.66 * | | | | $2,482.91 | | $1,679.07- |
| MAY | $310.35 | $0.00 * | | | | $2,793.26 | | $1,679.07- |
| JUN | $310.35 | $170.66 * | | | | $3,103.61 | | $1,508.41- |
| JUL | $310.35 | $0.00 * | | | | $3,413.96 | | $1,508.41- |
| AUG | $310.35 | $0.00 * | | | | $3,724.31 | | $1,508.41- |
| SEP | $310.35 | $0.00 * | | | | $4,034.66 | | $1,508.41- |
| OCT | $310.35 | $1,177.60 * | $3,724.31 | | HOMEOWNERS INS  T-> | $620.70 | | $330.81- |
| NOV | $310.35 | $0.00 * | | $787.42 * | COUNTY TAX | $931.05 | | $1,118.23- |
| DEC | $310.35 | $0.00 * | | | | $1,241.40 | | $1,118.23- |
| JAN | $310.35 | $0.00 | | | | $1,551.75 | | $1,118.23- |
| FEB | $310.35 | $0.00 | | | | $1,862.10 | | $1,118.23- |
| | $3,724.20 | $1,518.92 | $3,724.31 | $787.42 | | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS $620.70. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS $1,849.73-.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

## Determining your Shortage or Surplus

**Shortage:**

Any shortage in your escrow account is usually caused by one the following items:
- An increase, if any, in what was paid for insurance and/or taxes from your escrow account.
- A projected increase in taxes for the upcoming year.
- The number of months elapsed from the time of these disbursements to the new payment effective date.

Shortages are divided evenly of the next twelve months. To reduce the increase in your monthly payment, the shortage can be paid either partially or in full.

**Surplus:**

A surplus in your escrow account is usually caused by one the following items:
- The insurance/taxes paid during the past year were lower than projected.
- A refund was received from the taxing authority or insurance carrier.
- Additional funds were applied to your escrow account.

If your surplus is $50.00 or greater and your loan was contractually current at the time when the analysis was run or calculated, a check will be sent to you. If your surplus is less than $50.00, the funds will be retained in your escrow account.

...EW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELL...
...ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PA...
...LSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 03/01/2015
THROUGH 02/29/2016.

### -------- ANTICIPATED PAYMENTS FROM ESCROW 03/01/2015 TO 02/29/2016 ----------

| | |
|---|---|
| COUNTY TAX | $787.42 |
| TOTAL PAYMENTS FROM ESCROW | $787.42 |
| MONTHLY PAYMENT TO ESCROW | $65.61 |

### ------- ANTICIPATED ESCROW ACTIVITY 03/01/2015 TO 02/29/2016 ---------

| | ANTICIPATED PAYMENTS | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
| | | | STARTING BALANCE --> | $14,121.35 | $196.9 |
| MAR | $65.61 | | | $14,186.96 | $262.5 |
| APR | $65.61 | | | $14,252.57 | $328.1 |
| MAY | $65.61 | | | $14,318.18 | $393.7 |
| JUN | $65.61 | | | $14,383.79 | $459.3 |
| JUL | $65.61 | | | $14,449.40 | $524.9 |
| AUG | $65.61 | | | $14,515.01 | $590.5 |
| SEP | $65.61 | | | $14,580.62 | $656.2 |
| OCT | $65.61 | | | $14,646.23 | $721.8 |
| NOV | $65.61 | | | $14,711.84 | $787.4 |
| DEC | $65.61 | | | $14,777.45 | $853.0 |
| JAN | $65.61 | | $787.42 COUNTY TAX | L1->$14,055.64 | L2-> $131.2 |
| FEB | $65.61 | | | $14,121.25 | $196.8 |

### --------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------

IF THE ANTICIPATED LOW POINT BALANCE (L1) IS GREATER THAN THE REQUIRED BALANCE (L2), THEN YOU HAVE AN ESCROW SURPLUS. **YOUR ESCROW SURPLUS IS $13,924.42.**

### CALCULATION OF YOUR NEW PAYMENT

| | |
|---|---|
| PRIN & INTEREST | $1,562.06 |
| ESCROW PAYMENT | $65.61 |
| **NEW PAYMENT EFFECTIVE 03/01/2015** | **$1,627.67** |

YOUR ESCROW CUSHION FOR THIS CYCLE IS $131.22.

********** Continued on reverse side *************

BSI Financial Services

IF YOUR SURPLUS IS $50 OR GREATER, BSI FINANCIAL SERVICES WILL SEND YOU A REFUND CHECK, PROVIDED YOUR LOAN IS CURRENT.

IF YOUR SURPLUS IS LESS THAN $50, THE FUNDS WILL REMAIN IN YOUR ESCROW ACCOUNT.

Licensed as Servis One, Inc. dba BSI Financial Services. BSI Financial Services NMLS# 38078. Colorado Office Location: 13111 E. Briarwood Ave Suite 340, Centennial, CO 80112 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs 2001485-DCA). North Carolina Collection Agency Permit (# 105608).

# Statement of Account

SA COUNTY TAX OFFICE
OAK STREET
JURDANTON, TX 78026

## Property Information

Property ID: 17471    Geo ID: 01239-00-000-001104
Legal Acres: 9.4500
Legal Desc: ABS A01239 J POITEVENT SV-1,9.45 ACRES
Situs: 1501 OLIVE ST ,
DBA:
Exemptions: DP, HS

Owner ID: 87397    Ownership: 100.00%

CASTRO MANUEL & MARYANN
PO BOX 495
PLEASANTON, TX 78064

## Value Information

| | |
|---|---|
| Improvement HS: | 159,770 |
| Improvement NHS: | 0 |
| Land HS: | 54,810 |
| Land NHS: | 0 |
| Productivity Market: | 0 |
| Productivity Use: | 0 |
| Assessed Value | 214,580 |

| Entity | Description | Pct. | Ex Code | Description |
|---|---|---|---|---|
| FMLR | FARM TO MARKET ROAD | 100.00% | DP | Disability |
| GAT | ATASCOSA COUNTY | 100.00% | HS | Homestead |
| SJO | JOURDANTON ISD | 100.00% | | |
| WEV | EVERGREEN WATER DIST | 100.00% | | |

### Paid Bills Summary

| Entity | Year | Statement ID | Tax Paid | Disc/P&I Paid | Att. Fee Paid | Under/Over/Refund | Posting Date | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| FMLR | 2000 | 22835 | 18.77 | 0.00 | 0.00 | 0.00 | 10/16/2000 | 18.77 |
| GAT | 2000 | 22835 | 76.16 | 0.00 | 0.00 | 0.00 | 10/16/2000 | 76.16 |
| SJO | 2000 | 22835 | 221.96 | 0.00 | 0.00 | 0.00 | 10/16/2000 | 221.96 |
| WEV | 2000 | 22835 | 2.64 | 0.00 | 0.00 | 0.00 | 10/16/2000 | 2.64 |
| Total for Year 2000 | | | | | | | | 319.53 |
| FMLR | 2001 | 4770 | 11.93 | 0.00 | 0.00 | 0.00 | 10/17/2001 | 11.93 |
| GAT | 2001 | 4770 | 86.60 | 0.00 | 0.00 | 0.00 | 10/17/2001 | 86.60 |
| SJO | 2001 | 4770 | 228.90 | 0.00 | 0.00 | 0.00 | 10/17/2001 | 228.90 |
| WEV | 2001 | 4770 | 2.66 | 0.00 | 0.00 | 0.00 | 10/17/2001 | 2.66 |
| Total for Year 2001 | | | | | | | | 330.09 |
| FMLR | 2002 | 4877 | 16.89 | 0.00 | 0.00 | 0.00 | 10/18/2002 | 16.89 |
| GAT | 2002 | 4877 | 90.51 | 0.00 | 0.00 | 0.00 | 10/18/2002 | 90.51 |
| SJO | 2002 | 4877 | 228.90 | 0.00 | 0.00 | 0.00 | 10/18/2002 | 228.90 |
| WEV | 2002 | 4877 | 2.59 | 0.00 | 0.00 | 0.00 | 10/18/2002 | 2.59 |
| Total for Year 2002 | | | | | | | | 338.89 |
| FMLR | 2003 | 4973 | 15.26 | 0.00 | 0.00 | 0.00 | 10/23/2003 | 15.26 |
| GAT | 2003 | 4973 | 99.04 | 0.00 | 0.00 | 0.00 | 10/23/2003 | 99.04 |
| SJO | 2003 | 4973 | 228.90 | 0.00 | 0.00 | 0.00 | 10/23/2003 | 228.90 |
| WEV | 2003 | 4973 | 2.52 | 0.00 | 0.00 | 0.00 | 10/23/2003 | 2.52 |
| Total for Year 2003 | | | | | | | | 345.72 |
| FMLR | 2004 | 0 | 16.04 | 0.00 | 0.00 | 0.00 | 11/10/2004 | 16.04 |
| GAT | 2004 | 0 | 100.08 | 0.00 | 0.00 | 0.00 | 11/10/2004 | 100.08 |
| SJO | 2004 | 5105 | 228.90 | 0.00 | 0.00 | 0.00 | 11/10/2004 | 228.90 |
| WEV | 2004 | 0 | 2.35 | 0.00 | 0.00 | 0.00 | 11/10/2004 | 2.35 |
| Total for Year 2004 | | | | | | | | 347.37 |
| FMLR | 2005 | 5645 | 17.37 | 0.00 | 0.00 | 0.00 | 01/25/2006 | 17.37 |
| GAT | 2005 | 5645 | 98.75 | 0.00 | 0.00 | 0.00 | 01/25/2006 | 98.75 |
| SJO | 2005 | 5645 | 228.90 | 0.00 | 0.00 | 0.00 | 01/25/2006 | 228.90 |
| WEV | 2005 | 5645 | 2.23 | 0.00 | 0.00 | 0.00 | 01/25/2006 | 2.23 |
| Total for Year 2005 | | | | | | | | 347.25 |
| FMLR | 2006 | 5973 | 228.64 | 25.15 | 0.00 | 0.00 | 04/16/2007 | 253.79 |
| GAT | 2006 | 5973 | 1,128.11 | 124.09 | 0.00 | 0.00 | 04/16/2007 | 1,252.20 |
| SJO | 2006 | 5973 | 16.35 | 1.80 | 0.00 | 0.00 | 04/16/2007 | 18.15 |
| WEV | 2006 | 5973 | 21.12 | 2.32 | 0.00 | 0.00 | 04/16/2007 | 23.44 |
| Total for Year 2006 | | | | | | | | 1,547.58 |
| FMLR | 2007 | 6094 | 260.83 | 0.00 | 0.00 | 0.00 | 01/03/2008 | 260.83 |
| GAT | 2007 | 6094 | 1,172.76 | 0.00 | 0.00 | 0.00 | 01/03/2008 | 1,172.76 |
| WEV | 2007 | 6094 | 21.68 | 0.00 | 0.00 | 0.00 | 01/03/2008 | 21.68 |
| Total for Year 2007 | | | | | | | | 1,455.27 |
| FMLR | 2008 | 5874 | 283.90 | 0.00 | 0.00 | 0.00 | 01/07/2009 | 283.90 |
| GAT | 2008 | 5874 | 1,271.85 | 0.00 | 0.00 | 0.00 | 01/07/2009 | 1,271.85 |
| WEV | 2008 | 5874 | 25.12 | 0.00 | 0.00 | 0.00 | 01/07/2009 | 25.12 |
| Total for Year 2008 | | | | | | | | 1,580.87 |
| FMLR | 2009 | 6438 | 282.19 | 0.00 | 0.00 | 0.00 | 01/07/2010 | 282.19 |
| GAT | 2009 | 6438 | 1,273.58 | 0.00 | 0.00 | 0.00 | 01/07/2010 | 1,273.58 |
| WEV | 2009 | 6438 | 23.78 | 0.00 | 0.00 | 0.00 | 01/07/2010 | 23.78 |

*** Continued on Next Page ***

NOTICE: This document is not a tax certificate and does not absolve a Taxpayer from tax liability in any way. If this document is found to be in error, it may be corrected by the Collection Office listed above. Responsibility to pay the remaining taxes rests entirely with the Taxpayer, as outlined in the Texas Property Tax Code.

True Automation, Inc.

# Statement of Account

...OSA COUNTY TAX OFFICE
...1 OAK STREET
JOURDANTON, TX 78026

**Property Information**

Property ID: 17471  Geo ID: 01239-00-000-001104
Legal Acres: 9.4500
Legal Desc: ABS A01239 J POITEVENT SV-1,9.45 ACRES
Situs: 1501 OLIVE ST ,
DBA:
Exemptions: DP, HS

Owner ID: 87397  Ownership: 100.00%

CASTRO MANUEL & MARYANN
PO BOX 495
PLEASANTON, TX 78064

**Value Information**

| | |
|---|---|
| Improvement HS: | 159,770 |
| Improvement NHS: | 0 |
| Land HS: | 54,810 |
| Land NHS: | 0 |
| Productivity Market: | 0 |
| Productivity Use: | 0 |
| Assessed Value | 214,580 |

| Entity | Description | Pct. | Ex Code | Description |
|---|---|---|---|---|
| FMLR | FARM TO MARKET ROAD | 100.00% | DP | Disability |
| GAT | ATASCOSA COUNTY | 100.00% | HS | Homestead |
| SJO | JOURDANTON ISD | 100.00% | | |
| WEV | EVERGREEN WATER DIST | 100.00% | | |

## Paid Bills Summary

| Entity | Year | Statement ID | Tax Paid | Disc/P&I Paid | Att. Fee Paid | Under/Over/Refund | Posting Date | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| Total for Year 2009 | | | | | | | | 1,579.55 |
| FMLR | 2010 | 6429 | 297.12 | 0.00 | 0.00 | 0.00 | 12/28/2010 | 297.12 |
| GAT | 2010 | 6429 | 1,341.27 | 0.00 | 0.00 | 0.00 | 12/28/2010 | 1,341.27 |
| WEV | 2010 | 6429 | 25.03 | 0.00 | 0.00 | 0.00 | 12/28/2010 | 25.03 |
| Total for Year 2010 | | | | | | | | 1,663.42 |
| FMLR | 2011 | 50716 | 280.63 | 0.00 | 0.00 | 0.00 | 12/12/2011 | 280.63 |
| GAT | 2011 | 50716 | 1,266.91 | 0.00 | 0.00 | 0.00 | 12/12/2011 | 1,266.91 |
| WEV | 2011 | 50716 | 21.87 | 0.00 | 0.00 | 0.00 | 12/12/2011 | 21.87 |
| Total for Year 2011 | | | | | | | | 1,569.41 |
| FMLR | 2012 | 6097 | 231.35 | 0.00 | 0.00 | 0.00 | 12/26/2012 | 231.35 |
| GAT | 2012 | 6097 | 1,047.69 | 0.00 | 0.00 | 0.00 | 12/26/2012 | 1,047.69 |
| WEV | 2012 | 6097 | 18.99 | 0.00 | 0.00 | 0.00 | 12/26/2012 | 18.99 |
| Total for Year 2012 | | | | | | | | 1,298.03 |
| FMLR | 2013 | 53838 | 17.83 | 0.00 | 0.00 | 0.00 | 01/31/2014 | 17.83 |
| FMLR | 2013 | 53838 | 13.03 | 2.47 | 2.33 | 0.00 | 08/15/2014 | 17.83 |
| FMLR | 2013 | 53838 | 12.92 | 2.58 | 2.33 | 0.00 | 09/30/2014 | 17.83 |
| FMLR | 2013 | 53838 | 12.71 | 2.79 | 2.33 | 0.00 | 11/21/2014 | 17.83 |
| FMLR | 2013 | 53838 | 12.60 | 2.90 | 2.32 | 0.00 | 12/10/2014 | 17.82 |
| FMLR | 2013 | 53838 | 12.50 | 3.00 | 2.33 | 0.00 | 01/05/2015 | 17.83 |
| GAT | 2013 | 53838 | 80.89 | 0.00 | 0.00 | 0.00 | 01/31/2014 | 80.89 |
| GAT | 2013 | 53838 | 59.11 | 11.23 | 10.55 | 0.00 | 08/15/2014 | 80.89 |
| GAT | 2013 | 53838 | 58.62 | 11.72 | 10.55 | 0.00 | 09/30/2014 | 80.89 |
| GAT | 2013 | 53838 | 57.66 | 12.68 | 10.55 | 0.00 | 11/21/2014 | 80.89 |
| GAT | 2013 | 53838 | 57.20 | 13.15 | 10.55 | 0.00 | 12/10/2014 | 80.90 |
| GAT | 2013 | 53838 | 56.72 | 13.62 | 10.55 | 0.00 | 01/05/2015 | 80.89 |
| WEV | 2013 | 53838 | 1.28 | 0.00 | 0.00 | 0.00 | 01/31/2014 | 1.28 |
| WEV | 2013 | 53838 | 0.94 | 0.17 | 0.17 | 0.00 | 08/15/2014 | 1.28 |
| WEV | 2013 | 53838 | 0.93 | 0.18 | 0.17 | 0.00 | 09/30/2014 | 1.28 |
| WEV | 2013 | 53838 | 0.91 | 0.20 | 0.17 | 0.00 | 11/21/2014 | 1.28 |
| WEV | 2013 | 53838 | 0.90 | 0.21 | 0.17 | 0.00 | 12/10/2014 | 1.28 |
| WEV | 2013 | 53838 | 0.90 | 0.22 | 0.16 | 0.00 | 01/05/2015 | 1.28 |
| Total for Year 2013 | | | | | | | | 600.00 |
| FMLR | 2014 | 57870 | 140.07 | 0.00 | 0.00 | 0.00 | 12/18/2014 | 140.07 |
| GAT | 2014 | 57870 | 637.30 | 0.00 | 0.00 | 0.00 | 12/18/2014 | 637.30 |
| WEV | 2014 | 57870 | 10.05 | 0.00 | 0.00 | 0.00 | 12/18/2014 | 10.05 |
| Total for Year 2014 | | | | | | | | 787.42 |

*I Paid*

**Total Paid:** 14,110.40

## Unpaid Bills Summary

| Entity | Year | Statement ID | Tax Rate | Type | Tax Due | Disc/P&I | Attorney Fees | Total Due |
|---|---|---|---|---|---|---|---|---|
| FMLR | 2013 | 53838 | 0.076000 | L | 99.52 | 23.88 | 18.51 | 141.91 |
| GAT | 2013 | 53838 | 0.340600 | L | 451.67 | 108.40 | 84.01 | 644.08 |
| WEV | 2013 | 53838 | 0.006000 | L | 7.12 | 1.70 | 1.32 | 10.14 |

*** Continued on Next Page ***

NOTICE: This document is not a tax certificate and does not absolve a Taxpayer from tax liability in any way. If this document is found to be in error, it may be corrected by the Collection Office listed above. Responsibility to pay the remaining taxes rests entirely with the Taxpayer, as outlined in the Texas Property Tax Code.

True Automation, Inc.

# Statement of Account

NOTICE: This is a statement of Taxes Paid & Due as of 01/30/2015 03:50:51PM based upon the tax records of the tax office.

..OSA COUNTY TAX OFFICE
.J1 OAK STREET
JOURDANTON, TX 78026

## Property Information

Property ID: 17471        Geo ID: 01239-00-000-001104
Legal Acres: 9.4500
Legal Desc: ABS A01239 J POITEVENT SV-1,9.45 ACRES
Situs:        1501 OLIVE ST ,
DBA:
Exemptions: DP, HS

Owner ID: 87397          Ownership: 100.00%
CASTRO MANUEL & MARYANN
PO BOX 495
PLEASANTON, TX 78064

## Value Information

| | |
|---|---|
| Improvement HS: | |
| Improvement NHS: | 159,770 |
| Land HS: | 0 |
| Land NHS: | 54,810 |
| Productivity Market: | 0 |
| Productivity Use: | 0 |
| | 0 |
| Assessed Value | 214,580 |

| Entity | Description | Pct. | Ex Code | Description |
|---|---|---|---|---|
| FMLR | FARM TO MARKET ROAD | 100.00% | DP | Disability |
| GAT | ATASCOSA COUNTY | 100.00% | HS | Homestead |
| SJO | JOURDANTON ISD | 100.00% | | |
| WEV | EVERGREEN WATER DIST | 100.00% | | |

## Unpaid Bills Summary

| Entity | Year | Statement ID | Tax Rate | Type | Tax Due | Disc/P&I | Attorney Fees | Total Due |
|---|---|---|---|---|---|---|---|---|
| Total for Year 2013 | | | | | 558.31 | 133.98 | 103.84 | 796.13 |
| **Total For All Years** | | | | | 558.31 | 133.98 | 103.84 | 796.13 |

**Total Due if Paid By 01/31/2015**                    796.13

Balance Due

Paid Refunds Summary
No Information on File.

I have been paying 2013 taxes.

then seize it personally for better or worse. Parchman, "Fiduciary Duties: Renouncing the Corporate Opportunity Doctrine," Business Law Today, October 2011. The "Corporate Opportunity Doctrine" is founded on the fiduciary duty owed by directors and officers to the corporation. Texas recognizes thatspouses during a marriage owe each other a fiduciary duty. Marsh v. Marsh, 949 S.W.2d 734, 745, n. 4 (Tex. App. - Houston [14th Dist.] 1997, no writ). It certainly seems arguable, therefore, that what is good for corporations should also be used to protect spouses. Thus, the violation of the "Community Opportunity Doctrine" should be a viable claim in some divorces. 9. Fraud is a *Factor in Spousal Maintenance* Fraud can be a factor for the trial court to consider in determining the amount and duration of post-divorce spousal maintenance. Texas Family Code Sec. 8.052 states: A court that determines that a spouse is eligible to receive maintenance under this chapter shall determine the nature, amount, duration, and manner of periodic payments by considering all relevant factors, including:. . . . (6) acts by eitherspouse resulting in excessive or abnormal expenditures or destruction, concealment, or fraudulent disposition of community property, joint tenancy, or other property held in common;

spouse's special community property. *Vallone v. Vallone*, 644 S.W.2d 455 (Tex. 1982); *Kruegar v. Williams*, supra; *Horlock v. Horlock*, supra; *Carnes v. Meador*, 533 S.W.2d 365 (Tex. App.-Dallas 1975, writ ref'd n.r.e.). A breach of fiduciary duty occurs when one spouse exercises the power of his special community property or over the community estate in excess, capricious or arbitrary manner, *Horlock v. Horlock*, supra. The fraudulent disposition of existing community property or fraudulent conduct in the acquisition of property can give rise to a breach of fiduciary duty or fraud, either actual or constructive. *Spruill v. Spruill*, 624 S.W.2d 694 (Tex. App.-El Paso 1981, writ dism'd); *Horlock v. Horlock*, 533 S.W.2d 52 (Tex. App.-Houston [14th Dist.] 1975, writ dism'd). The right of one spouse to dispose of community property requires an absence of fraud, either actual or constructive. *Givens v. Gerard Life Ins. Co. of America*, 480 S.W.2d 421 (Tex. App.-Dallas 1972, writ refd n.r.e.). The burden is on the managing spouse to prove the disposition was not unfair to the rights of the other spouse. Constructive fraud is an equitable doctrine which does not require an intent to deceive. *Rafidi v. Rafidi*, 718 S.W.2d43 (Tex. App.-Dallas 1986, no writ); *Archerv. Griffith*, 390 S.W.2d 735 (Tex. 1964). Rather, constructive fraud is characterized by deception, a violation of confidence or injury to the public interest. *Carnes v. Meador*, supra; *Matthews v. Matthews*, 725 S.W.2d 275 (Tex. App.-Houston [1st Dist.] 1986, writ refd n.r.e.).

No independent tort for actual or constructive fraud exists in a divorce context. The Schlueter Court relied on *In re Marriage of Moore*, 890 S.W.2d 821, (Tex. App. Amarillo 1994, no writ) when it concluded that the only course available to a wronged spouse is breach of fiduciary duty to the community estate, that is, an action for fraud on the community. The Court in Schlueter found the Court of Appeals correctly determined that no independent cause of action existed in Texas to recover separate damages when the wrongful act defrauded the community estate. *Id* at 829.

## A. Actual Fraud.

### 1. Definition

Actual fraud involves dishonesty of purpose or intent to deceive. *Land v. Marshall*, 426 S.W.2d 841 (Tex. 1968); *Horlock v. Horlock*, 533 S.W.2d 52 (Tex. Civ. App.-Houston [14th Disc] 1975, writ dism'd w.o.j.) (the fact that husband intentionally deprived wife of knowledge of gifts of money to children of a prior marriage did not constitute actual fraud); *See*, State Bar of Texas, *Texas Pattern Jury Charges-Family* PJC 206.2A (2008).

### 2. Intent to harm

Actual fraud requires intent to harm by transferring or expending community property to deprive the other spouse of the use and enjoyment of the assets involved in the transaction. *Matter of Marriage of DeVine*, 869 S.W.2d 415, 421 (Tex. App.-Amarillo 1993, writ denied).

### 3. Fraud on the property

The Business Pattern Jury Charges, not the family law, set out all of the necessary questions, definitions and instructions for the submission of actual fraud on the property. *See* State Bar of Texas, *Texas Pattern Jury Charges-Business. Consumer, Insurance and Employment*, PJC 105.1, *et seq*.

### 4. Fraud on the person.

The concept and submission of "fraud on the person" took on new meaning in the case of *Vickery v. Vickery*, 999 S.W.2d 342 (Tex. 1999). Under special circumstances, as set out in the *Vickery* case, and where the loss is not entirely economic, a spouse may recover mental anguish damages for fraud on the person. In *Vickery*, the wife alleged that the husband committed actual fraud against her individually, by fraudulently binding her into agreeing to a divorce and a contractual division of property. Wife's claims were that, but for his misrepresentations about the reason for the divorce, she would have never agreed to the divorce or signed a contract dividing the community property. Thus, the Court of Appeals, Houston First District, held that wife's claim was not one of constructive fraud on the community, but of actual fraud perpetrated against the wife individually. In a common law fraud action, which is an intentional tort,

FILED
IN THE COURT OF APPEALS
4th SAN ANTONIO, TEXAS

2015 FEB 19 PM 1:41

Keith E. Hottle
KEITH E. HOTTLE, CLERK

Mary Ann Castro
1501 Olive
Jourdanton TX
78026

Attn: Honorable
Judge Little John Clerk

Fourth Court of Appeals District
Court of Appeals
Cadena Reeves Justice Center
300 Dolorosa Suite 3200
San Antonio, Texas
78205-3037

UNITED STATES
POSTAL SERVICE

1000    78205

U.S. POSTAGE
JOURDANTON TX
78064
FEB 17, '15
AMOUNT
$0.91
00040297-07